ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL X

| FELÍCITA GONZÁLEZ RIVERA y ELOÍSA GONZÁLEZ RIVERA,<br><br>Peticionaria,<br><br>v.<br><br>RAMÓN EDUARDO MÉNDEZ GONZÁLEZ, GLORIA LÓPEZ ARROYO, ambos por sí y como componentes de la sociedad legal de bienes gananciales, la sociedad legal de bienes gananciales; NILDA ESTHER GONZÁLEZ RIVERA,<br><br>Recurrida. | KLCE202401397 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Utuado.<br><br>Civil núm.: UT2023CV00334.<br><br>Sobre: nulidad de escritura y partición de herencia. |
|---|---|---|

Panel integrado por su presidenta, la juez Lebrón Nieves, la jueza Romero García y el juez Rivera Torres.

Romero García, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de febrero de 2025.

El 26 de diciembre de 2024[1], la parte peticionaria, compuesta por las señoras Felícita y Eloísa González Rivera (señoras González) instaron este recurso con el fin de que revoquemos la *Resolución y Orden* emitida por el foro primario el 9 de octubre de 2024, notificada el 10 de octubre de 2024[2]. En ella, el foro primario concluyó que ciertas partes resultaban indispensables[3], por lo que ordenó que la parte demandante, señoras

---

[1] El recurso fue instado en el Tribunal Superior de Utuado en esa fecha; al día siguiente, fue presentado ante este Tribunal de Apelaciones.

[2] *Véase*, apéndice del recurso, a las págs. 39-46.

[3] Las señoras González pretenden, entre otras cosas, que se proceda a la partición de la herencia de su madre fallecida, **doña Otilia Rivera Molina**. Esta última, a su vez, es coheredera de los bienes hereditarios de su fenecida madre **doña María Molina González**. Si bien las señoras González aducen que el único bien sujeto a división es un inmueble (casa) que fuera propiedad de su madre doña Otilia y que lo que pretenden es que se anule una escritura sobre dación en pago y usufructo suscrita por doña Otilia a favor de su nieto, el codemandado Ramón Eduardo Méndez González y su esposa, Gloria López Arroyo, no existe duda alguna de que ese no fue el único bien que pudo haber dejado en herencia doña Otilia. Según el testamento de su fenecida madre, doña María Molina González, doña Otilia también heredó, junto a sus hermanos, parte de una finca que ubica en el Barrio Piletas de Lares. Valga apuntar que la casa en controversia también ubica en el Barrio Piletas de Lares.

González, las incluyeran en el pleito y las emplazara. En la alternativa, les daba la oportunidad de desistir del pleito.

Conforme le fuese ordenado, el 16 de enero de 2025, la parte recurrida compareció y se opuso a la expedición del auto.

Examinados los sendos escritos de las partes comparecientes, este Tribunal concluye que no se justifica nuestra intervención en este asunto. Además, en este caso no concurren los criterios establecidos en la Regla 40 del Reglamento de este Tribunal, 4 LPRA Ap. XXII-B, para expedir el auto de *certiorari*.

En su consecuencia, **denegamos** la expedición del recurso de *certiorari.*

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones